The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY DAVID HAFFNER,<br><br>Defendant. | NO. CR06-451RAJ<br>CR07-113RAJ<br><br>ORDER TO SEAL |

THIS MATTER having come before the Court on motion of counsel for the Defendant, and the Court finding good cause to allow Defendant's Sentencing Memorandum to be filed under seal,

It is hereby ORDERED that Defendant's Motion to Seal is GRANTED. Defendant is granted leave to file his Sentencing Memorandum under seal, and Defendant's Sentencing Memorandum shall remain under seal and secured from public access until further order of the Court.

DATED this 3rd day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal - 1